**DISMISS and Opinion Filed September 7, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-23-00072-CV

## IN THE INTEREST OF O.M.E., A CHILD

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-56196-2017**

## MEMORANDUM OPINION
Before Justices Molberg, Pedersen, III, and Nowell
Opinion by Justice Pedersen, III

Before the Court is appellant's unopposed motion to dismiss the appeal with

prejudice. We grant the motion and dismiss the appeal with prejudice.


/Bill Pedersen, III//
230072f.p05                                BILL PEDERSEN, III
                                           JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF O.M.E., A CHILD

No. 05-23-00072-CV

On Appeal from the 417th Judicial District Court, Collin County, Texas Trial Court Cause No. 417-56196-2017.
Opinion delivered by Justice Pedersen, III. Justices Molberg and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED WITH PREJUDICE**.

Subject to any agreement between the parties, it is **ORDERED** that appellee Kayla Marie Winn recover her costs of this appeal from appellant Michael John Elson.

Judgment entered this 7th day of September, 2023.